# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| JOHN HARRISON | ) |
| | ) CASE NO. 08-11293 |
| Debtor. | ) |

## MOTION TO RECONSIDER ORDER GRANTING MOTION TO MODIFY CHAPTER 13 PLAN

COMES now the Debtor, by and through attorney, and hereby move this Court to reconsider the order granting the motion to modify the Chapter 13 plan, and as grounds for said Motion will state as follows:

1. The trustee file a motion to modify the plan on January 6, 2009. The motion was granted March 3, 2009.

2. Greentree filed a secured proof of claim for the deficency balance owed on the mobile home that was surrendered.

3. The debtor filed a objection to the claim on March 12, 2009 and the objection was sustained on April 28, 2009, therefore there would be no need in any further modifications of the plan as the plan is feasible with payments of $442.00 monthly.

WHEREFORE, tne premises considered, the Debtor request that the Court reconsider the order granting the motion to modify the Chapter 13 plan. Respectfully submitted this day: May 18, 2009.

/s/ Richard D. Shinbaum
Richard D. Shinbaum

Of Counsel:
Shinbaum, McLeod, & Campbell, P.C.
Post Office Box 201
Montgomery, AL 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Response on all parties listed below by mail or by CMECF on this day: May 18, 2009.

John C. McAleer, III
Chapter 13 Trustee
P.O. Box 1779
Memphis, TN 38101-1779

All Creditors

/s/ Richard D. Shinbaum
Richard D. Shinbaum